Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN CONNECTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNGER FABRIK, LLC; *et al.*, <br><br> Defendants. | Case No.: CV15-04463 JFW PJW <br> *Honorable John F. Walter Presiding* <br><br> **PLAINTIFF'S NOTICE OF ERRATA REGARDING THE SECOND AMENDED COMPLAINT** |

    TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiff Italian Connection, Inc. hereby submits this Notice of Errata regarding the Second Amended Complaint ("SAC"). (Dkt. 46). On page 6, paragraph 22 of the SAC, Plaintiff listed Copyright Registration Number VAu 1-079-522 identifying the copyright registration for textile design WF XC1 131465. However, that registration number is incorrect, and the

- 1 -

correct registration number is VAu 1-215-514. The correct language for paragraph 22 of the SAC should read:

"22. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled WF XC1 131465 ("Subject Design C") which has been registered with the United States Copyright Office and given registration number VAu 1-215-514."

Plaintiff therefore respectfully requests that the record reflect, and be corrected with regard to, the errata referenced above.

Respectfully submitted,

DONIGER / BURROUGHS

Date: September 24, 2015          By:      /s/ Frank Gregory Casella
                                           Frank Gregory Casella, Esq.
                                           Attorneys for Plaintiff Italian
                                           Connection, Inc.

- 2 -

NOTICE OF ERRATA